464 A.2d 534

Wecht v. Colville, et al.

Appeal of Tom Foerster, Cyril H. Wecht, M.D., J.D., and William R. Hunt, M.D.

Argued March 31, 1983. Bert M. Moldovan, Assistant County Solicitor, for appellants; Robert L. Eberhardt, Deputy District Attorney, for Colville, appellee; Charles W. Johns, for Dauer, appellee; John H. Bingler, Jr., for Doe, appellee.

Before SPAETH, CAVANAUGH and ROWLEY, JJ.

Order affirmed.

SPAETH, J., filed a memorandum concurring statement.